PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 98-8899

D.C. Docket No. 5:97-CV-79-4

**FILED**

**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**12/06/99**
**THOMAS K. KAHN**
**CLERK**

FREDERICK LAMAR HARRIS, DANNY CHADWICK, et al.,

Plaintiffs-Appellants,

versus

WAYNE GARNER, Commissioner of the Georgia Department of
Corrections, A. G. THOMAS, Director of Facilities Division of the
Georgia Department of Corrections, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(Opinion September 30, 1999, 190 F.3d 1279, 11th Cir., 1999)

(December 6, 1999)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.